IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CURTIS LEE MORRISON, | ) | No. C 11-3320 LHK (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| ELANA O'REILLY, | ) | |
| Defendant. | ) | |

Plaintiff filed the instant *pro se* action under 42 U.S.C. § 1983, alleging that he was denied his right to due process when the Defendant refused to permit him access to biological evidence for the purpose of DNA testing. He also filed a motion for appointment of counsel. On July 25, 2011, Plaintiff submitted a pleading stating that he has a pending case before this Court, No. 11-1896 LHK, in which he raises the same claim within. Plaintiff explains that he mistakenly believed No. 11-1896 LHK had been dismissed and was closed, so to be safe, he filed a new action raising the same claim. Based on a review of the pleadings in both the underlying case and No. 11-1896 LHK, as well as Plaintiff's submissions, the instant action is DISMISSED as duplicative and unnecessary. The Clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: 7/29/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Morrison320disdupl.wpd